1  PHILLIP A. TALBERT
   United States Attorney
2  501 I Street, Suite 10-100
   Sacramento, CA 95814
3  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
4

5  Attorneys for Plaintiff
   United States of America
6

**FILED**

**Apr 05, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

7          IN THE UNITED STATES DISTRICT COURT

8          EASTERN DISTRICT OF CALIFORNIA

9

10  IN THE MATTER OF THE APPLICATION        CASE NO: 2:22-SW-0217
    OF THE UNITED STATES OF AMERICA
    FOR SEARCH WARRANTS CONCERNING:         ORDER TO UNSEAL CASE AND AUTHORIZE
11                                          PUBLIC FILING OF REDACTED SEARCH
    DEVICE ASSOCIATED WITH CYCLOPS          WARRANT AND AFFIDAVIT
12  BLINK BOTNET

13

14      Upon application of the United States of America and good cause having been shown,

15      IT IS HEREBY ORDERED that this case is unsealed, but that all previously-filed documents

16  associated with this case remain under seal.  It is further ORDERED that the redacted search warrant

17  and accompanying affidavit be publicly filed.

18   Dated:   April 5, 2022

19                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO UNSEAL CASE & ALLOW
REDACTED VERSION OF SEARCH WARRANT FILING